IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

GUARDIANS OF HISTORIC NORTH LAKE
DRIVE, INC.,

      Plaintiff,

      v.                              Case No. 24C1366

DEPARTMENT OF TRANSPORTATION, et al.,

      Defendants.

## DEPARTMENT OF TRANSPORTATION'S MOTION TO JOIN IN CITY'S MOTION TO DISMISS [DKT. 13]

The Wisconsin Department of Transportation (the "State"), by and through its undersigned attorneys, hereby moves to join in the City of Milwaukee's Motion to Dismiss [Dkt. 13]. The State agrees with the arguments contained within the City's Motion to Dismiss and believes the relief requested is appropriate as to both defendants.

Dated January 28, 2025.

                                        Respectfully submitted,

                                        JOSHUA L. KAUL
                                        Attorney General of Wisconsin

                                        Electronically signed by:

                                        s/ Daniel B. Peters
                                        DANIEL B. PETERS
                                        Assistant Attorney General
                                        State Bar #1132126

SANDRA L. TARVER
Assistant Attorney General
State Bar #1011578

Attorneys for State of Wisconsin Department
of Transportation

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-6218 (Peters)
(608) 266-7630 (Tarver)
(608) 294-2907 (Fax)
petersdb@doj.state.wi.us
tarversl@doj.state.wi.us