**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

GUARDIANS OF HISTORIC NORTH LAKE DRIVE, INC.

           Plaintiff,

vs.                                           Case No. 24-cv-1366-JPS

CITY OF MILWAUKEE, et al.,

           Defendants.

---

**NOTICE OF DISMISSAL**

---

      The plaintiff, Guardians of Historic North Lake Drive, Inc., by its attorneys, hereby gives notice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i) that this action is dismissed. No opposing party has served either an answer or a motion for summary judgment.

      Dated at Milwaukee, Wisconsin this 18th day of February, 2025.

                                      By: *s/ Barry R. White*
                                          Alan Marcuvitz, SBN 1007942
                                          Barry R. White, SBN 1020117
                                          VON BRIESEN & ROPER, S.C.
                                          411 East Wisconsin Avenue, Suite 1000
                                          Milwaukee, WI 53202
                                          Direct: (414) 287-1401
                                          Fax: (414) 238-6581
                                          alan.marcuvitz@vonbriesen.com
                                          barry.white@vonbriesen.com

                                          *Attorneys for Plaintiff, Guardians of Historic*
                                          *North Lake Drive, Inc.*